# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 1, 2013

## NO. 03-12-00383-CV

**Grant Trevarthen, Appellant**

**v.**

**The Bank of New York Mellon, f/k/a The Bank of New York as Successor in Interest to JP Morgan Chase Bank NA Trustee for Bear Stearns Asset Backed Securities Trust 2006-SDI, Asset-Backed Certificates Series 2006-SDI; et al., Appellees**

### APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal:  **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution.  **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.